UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LIONEL LIBORIO, JR., | Case No. 2:16-cv-02146-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 6) between Plaintiff and Defendant Equifax Information Services, LLC.  The parties request 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall have until **January 9, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 10th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE