UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LIONEL LIBORIO, JR., | Case No. 2:16-cv-02146-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Nationstar Mortgage, LLC (ECF No. 9).  Plaintiff advises that the parties have reached a settlement, and that a notice of voluntary dismissal should be filed within 60 days as Nationstar has not yet made an appearance in this action.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **March 20, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice will be filed.

DATED this 23rd day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE